**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

YAHRONNE McNEMERE                                                                                    PETITIONER
ADC #141386

5:08CV00175 WRW/HDY

LARRY NORRIS                                                                                               RESPONDENT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this 21st day of August, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE